```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│              CIVIL DOCKET ENTRIES FOR CASE A96-0481--CV (HRH)            │
│                 "TANADGUSIX CORP V CITY OF ST. PAUL ET AL"               │
│                                                                          │
│            Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────┘
```

     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
               Filed: 12/20/96
              Closed: 08/04/97

        Jurisdiction: (2) U.S. Defendant
        PLF Diversity:
        DEF Diversity:

       Nature of Suit: (190) Other contract actions
                      DECLARATORY JMT, INJUNCTIVE RELIEF, ETC
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Paid $150.00 on 12/20/96 receipt # 00100271
            Trial by:


Parties of Record:                       Counsel of Record:

PLF 1.1          TANADGUSIX CORP              Terrance A. Turner
                                              Turner & Mede
                                              1500 W. 33rd Avenue, Suite 200
                                              Anchorage, AK 99503-3502
                                              907-276-3963
                                              FAX 907-277-3695

DEF 1.1          ST. PAUL, CITY OF            Ronald L. Baird
                                              Law Office of Ronald Baird
                                              POB 100440
                                              Anchorage, AK 99510-0440
                                              907-258-8818
                                              FAX 907-565-8819

                                              Stephen M. Truitt
                                              Pepper Hamilton et al
                                              1300 19th Street NW
                                              Washington, DC 20036


                                              Michael F. Wasserman
                                              Pepper Hamilton et al
                                              Washington, DC

DEF 2.1          KANTOR, MICHAEL              Dean Dunsmore
                                              Environment & Natural Resources
                                              U.S. Department of Justice
                                              801 B Street, Suite 504
                                              Anchorage, AK 99501-3657
                                              907-271-5452
                                              FAX 907-271-5827

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│           CIVIL DOCKET PARTY INFORMATION FOR CASE A96-0481--CV (HRH)    │
│                 "TANADGUSIX CORP V CITY OF ST. PAUL ET AL"              │
├─────────────────────────────────────────────────────────────────────────┤
│             Including terminated parties, excluding terminated counsel  │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 3.1 | BAKER, D. JAMES | Dean Dunsmore (see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A96-0481--CV (HRH)
                         "TANADGUSIX CORP V CITY OF ST. PAUL ET AL"

                                     For all filing dates
```

     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
                Filed: 12/20/96
               Closed: 08/04/97

         Jurisdiction: (2) U.S. Defendant
        PLF Diversity:
        DEF Diversity:

       Nature of Suit: (190) Other contract actions
                       DECLARATORY JMT, INJUNCTIVE RELIEF, ETC
               Origin: (1) Original Proceeding
               Demand:
           Filing fee: Paid $150.00 on 12/20/96 receipt # 00100271
             Trial by:


Document #   Filed     Docket text
----------   --------  -----------
    1 -  1   12/20/96  Complaint filed; Summons issued.

    2 -  1   01/03/97  PLF 1 Return of Service Executed re D1,2,3, certified mail 12-26-96.

    3 -  1   01/13/97  DEF 1 Attorney Appearance - R. Baird

    4 -  1   01/15/97  PLF 1; DEF 1 Stipulation for ext to 1-21-97 to answer complaint.

    4 -  2   01/17/97  HRH Order granting stip. cc cnsl

    5 -  1   01/21/97  DEF 1 motion to dismiss for lack of subject matter jurisdiction w/att
                       memo in support.

    6 -  1   02/05/97  PLF 1 opposition to DEF 1 motion to dismiss for lack of subject matter
                       jurisdiction w/att exhs in support. (5-1)

    7 -  1   02/05/97  PLF 1 Request for Oral Argument re: DEF 1 motion to dismiss for lack of
                       subject matter jurisdiction. (5-1)

    8 -  1   02/10/97  HRH Stipulation and Order def's reply to pltf's opp to def's mot to
                       dismiss due 2-12-97.  cy cnsl

    9 -  1   02/12/97  DEF 1 reply to opposition to DEF 1 motion to dismiss for lack of subject
                       matter jurisdiction (5-1)

   10 -  1   02/19/97  HRH Minute Order setting oral argument on motion to dismiss (dkt #5) for
                       3-7-97 at 8:30 am. cy cnsl

   11 -  1   02/28/97  DEF 2-3 Attorney Appearance of D. Dunsmore.

   12 -  1   02/28/97  DEF 2-3 motion for enlargement of time till 3/31/97 to file response to
                       verified complaint (dkt 31).

   13 -  1   03/05/97  PLF 1 non-opposition to DEF 2-3 motion for enlargement of time till
                       3/31/97 to file response to verified complaint (dkt 31). (12-1) .

   14 -  1   03/06/97  HRH Order granting motion for enlargement of time till 3/31/97 to file
                       response to verified (12-1).cc:cnsl

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A96-0481--CV (HRH)
                        "TANADGUSIX CORP V CITY OF ST. PAUL ET AL"
```
For all filing dates

```
Document #    Filed      Docket text

  15 -   1   03/11/97   HRH Order denying motion to dismiss for lack of subject matter
                         jurisdiction (5-1); pending disposition in WAshing of the govt defts'
                         mot to transfer, proceedings in this case are stayed.  cc cnsl

  16 -   1   03/14/97   HRH Court Minutes [ECR: Jan Welch] re: O/A on dkt #5 held 3/7/97; motion
                         to dismiss is denied; crt hrd gov't motion to transfer the DC case to
                         Alaska. cc: cnsl

  17 -   1   03/27/97   DEF 2-3 motion to dismiss w/att memo & exhs in support.

  18 -   1   04/03/97   PLF 1 Unopposed Motion to extablish due date for filing opposition to
                         federal defendants' motion to dismiss (within 15 days of lifting of
                         stay).

  19 -   1   04/15/97   HRH Order granting pltf's unopp'd mot to ext due date (#18).  cy cnsl

  20 -   1   05/07/97   PLF 1 Notice to court of events leading to automatic lifting of stay.

  21 -   1   05/09/97   DEF 2-3 Status Report re: transfer of case of City of St. Paul Alaska v
                         Michael Kantor, et al CV 96-2636 [EGS] [D.C.C.] to Alaska.

  22 -   1   05/09/97   Stipulation that time for filing answer to extended till 5/19/97.

  23 -   1   05/13/97   PLF 1 opposition to DEF 2-3 motion to dismiss w/att memo & exhs in
                         support. (17-1)

  24 -   1   05/13/97   PLF 1 Request for Oral Argument re: DEF 2-3 motion to dismiss w/att memo
                         & exhs in support. (17-1)

  25 -   1   05/19/97   PLF 1; DEF 1 Stipulation for ext to 5-20-97 to answer complaint.

  25 -   2   05/19/97   Stip/order granting #25.  cy cnsl

  26 -   1   05/20/97   DEF 1 Answer and Counterclaim.

  27 -   1   05/23/97   Stipulation and Order that defs have to 6-6-97 to file reply in sppt of
                         mot to dismiss (#17).  cy cnsl

  28 -   1   05/27/97   PLF 1 Answer to Counterclaim of city of St Paul.

  22 -   2   05/28/97   HRH Order granting #22; answer due 5-19-97.  cy cnsl

  29 -   1   05/28/97   DEF 1 Affidavit of service re #26.

  30 -   1   06/05/97   PLF 1 motion to consolidate this case with #A97-181CV (JWS).

  31 -   1   06/06/97   DEF 1-3 reply to opposition to DEF 2-3 motion to dismiss w/att memo &
                         exhs in support. (17-1)

  32 -   1   06/16/97   DEF 2-3 opposition to PLF 1 motion to consolidate this case with
                         #A97-181CV (JWS). (30-1)

  33 -   1   06/24/97   Stipulation that opp to pltf's mot to consolidate due 6-30-97 & pltf may
                         file single reply to responses to mot to consolidate due 5 days after
                         City's response.

  34 -   1   06/26/97   DEF 1 opposition to PLF 1 motion to consolidate this case with
                         #A97-181CV (JWS). (30-1)
```

```
┌─────────────────────────────────────────────────────────────────────────────┐
│               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                  CIVIL DOCKET ENTRIES FOR CASE A96-0481--CV (HRH)            │
│                   "TANADGUSIX CORP V CITY OF ST. PAUL ET AL"                 │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                            │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
Document #   Filed      Docket text
──────────   ─────      ───────────
```

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 2 | 06/27/97 | HRH Order granting stip re extension of time; opp due 6-30-97; reply w/i 5 days of service of opp. cy cnsl |
| 35 - 1 | 06/30/97 | PLF 1 reply to opposition to PLF 1 motion to consolidate this case with #A97-181CV (JWS). (30-1) |
| 36 - 1 | 07/02/97 | DEF 1 Application re: non-resident attorney Stephen Truitt & Michael Wasserman (no fee paid). |
| 36 - 2 | 07/03/97 | HRH Order granting app of non-res cnsl to appear & participate. cy cnsl |
| 37 - 1 | 07/07/97 | PLF 1 motion for status conference. |
| 38 - 1 | 07/08/97 | PLF 1 non-opposition to def's mot for nonlocal counsel to appear & participate. |
| 39 - 1 | 07/16/97 | HRH Minute Order granting motion to consolidate this case with #A97-181CV (HRH) (30-1); lead case for all future filings to be A96-0481-CV(HRH). cy cnsl, A97-0181CV(HRH) |
| 40 - 1 | 07/17/97 | DEF 2-3 non-opposition to PLF 1 motion for status conference. (37-1) |
| 41 - 1 | 07/28/97 | HRH Minute Order granting motion for status conference. (37-1) Status conference is set for 7/30/97 at 4:00 p.m. in chambers. cc:cnsl |
| 42 - 1 | 07/28/97 | DEF 1 non-opposition to PLF 1 motion for status conference. (37-1) |
| 43 - 1 | 07/29/97 | DEF 1 motion for summary judgment w/att aff. |
| 44 - 1 | 07/30/97 | PLF 1 motion to file overlength memo in support of its first motion for partial summary judgment against def City of St Paul (w/atch first mot for part SJ w/atch memo, afdvts) (lodged proposed mot transferred to A97-181CV per order at #46). |
| 45 - 1 | 07/30/97 | PLF 1 Request for Oral Argument re: pltf's 1st motion for part SJ agnst def City of St Paul (atch'd to #44). |
| 46 - 1 | 08/04/97 | HRH Order denying motion to dismiss (17-1), motion for SJ (43-1), motion to file overlength memo in support of its first motion for partial (44-1) w/o prejudice; case is dismissed re all parties & all claims w/o prejudice; all pending mots except those noted are denied w/o prejudice; case A97-181CV is stayed in entirety as to fed defs w/o prejudice re R60(b) relief re A87-124CV; TDX to file answer, counterclaim, & x-claim in A97-181CV by 8-11-97; mot for SJ at #43 & TDX mot for part SJ agnst def City of St Paul to be transfereed to A97-181CV.  cy cnsl, A97-181CV |